JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CAROLINE ROBERTA PEREZ, | ) | Case No. EDCV 13-1498-OP |
| Plaintiff, | ) | |
| v. | ) | AMENDED JUDGMENT |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Pursuant to the Amended Memorandum Opinion; Order of the United States Magistrate Judge,

IT IS ADJUDGED that Amended Judgment be entered reversing the decision of the Commissioner of Social Security, and remanding this matter for further administrative proceedings consistent with this Amended Memorandum Opinion.

DATED: May 20, 2014

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge